1  THOMAS E. FRANKOVICH (State Bar No. 074414)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  4328 Redwood Hwy., Suite 300
   San Rafael, CA 94903
4  Telephone:   415/674-8600
5  Facsimile:   415/674-9900

6  Attorneys for Plaintiff
   CRAIG YATES, an individual
7

8              **UNITED STATES DISTRICT COURT**

9             **NORTHERN DISTRICT OF CALIFORNIA**

10

11 CRAIG YATES, an individual,              )    **CASE NO. CV-10-1410-BZ**
                                            )
12         Plaintiff,                       )    **STIPULATION RE CONTINUING**
                                            )    **DEADLINE FOR THE PARTIES TO**
13 v.                                       )    **CONDUCT THE JOINT SITE**
                                            )    **INSPECTION; AND [PROPOSED] ORDER**
14 PHO CLEMENT RESTAURANT;                  )    **THEREON**
   ROBERTO TIM-HUNG LEONG (a.k.a.           )
15 ROBERTO LEON) and MARIA LEE              )
   LEONG (a.k.a. MARIA LEON), As            )
16 Trustees, OF THE ROBERTO TIM-HUNG        )
   LEONG AND MARIA LEE LEONG                )
17 REVOCABLE TRUST DATED MARCH              )
   21, 2000; and QUANG B. TRAN, an          )
18 individual dba PHO CLEMENT               )
   RESTAURANT,                              )
19                                          )
           Defendants.                      )
20 ─────────────────────────────────────────

21

22      Plaintiff CRAIG YATES and defendants ROBERTO TIM-HUNG LEONG (a.k.a.

23 ROBERTO LEON) and MARIA LEE LEONG (a.k.a. MARIA LEON), As Trustees, OF THE

24 ROBERTO TIM-HUNG LEONG AND MARIA LEE LEONG REVOCABLE TRUST DATED

25 MARCH 21, 2000; and QUANG B. TRAN, an individual dba PHO CLEMENT

26 RESTAURANT, by and through their respective counsel, respectfully request and stipulate, as

27 follows:

28      1.   **Whereas**, all defendants have answered plaintiff's complaint;

STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND
[PROPOSED] ORDER THEREON                              CV-10-1410-BZ
                                                                                              1

1     2.      **Whereas**, due to scheduling conflicts the parties were unable to conduct the

2   joint site inspection of the premises by July 12, 2010, as Ordered by General Order 56, ¶3,4;

3     3.      **Whereas**, in light of the above, plaintiff CRAIG YATES and defendants

4   ROBERTO TIM-HUNG LEONG (a.k.a. ROBERTO LEON) and MARIA LEE LEONG (a.k.a.

5   MARIA LEON), As Trustees, OF THE ROBERTO TIM-HUNG LEONG AND MARIA LEE

6   LEONG REVOCABLE TRUST DATED MARCH 21, 2000; and QUANG B. TRAN, an

7   individual dba PHO CLEMENT RESTAURANT agree, stipulate and respectfully request that

8   the last day for the parties and counsel to conduct the joint inspection of the premises be

9   continued up to and including August 19, 2010; and

10     4.      **IT IS SO STIPULATED**.

11   Respectfully submitted,

12   Dated: August 2, 2010                  THOMAS E. FRANKOVICH, Esq.

13                                          *A PROFESSIONAL LAW CORPORATION*

14

15                                          By: _____/s/_____

16                                               Thomas E. Frankovich
                                              Attorneys for Plaintiff CRAIG YATES, an individual

17

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND
[PROPOSED] ORDER THEREON                                          CV-10-1410-BZ

Dated: _____8/2_____, 2010      RANDALL P. CHOY, Esq.

HEDANI, CHOY, SPALDING & SAVAGIONE,


By: _____
        Randall P. Choy, Esq.

Attorneys for Defendants ROBERTO TIM-HUNG LEONG

(a.k.a. ROBERTO LEON) and MARIA LEE LEONG

(a.k.a. MARIA LEON), As Trustees, OF THE ROBERTO

TIM-HUNG LEONG AND MARIA LEE LEONG

REVOCABLE TRUST DATED MARCH 21, 2000; and

QUANG B. TRAN, an individual dba PHO CLEMENT

RESTAURANT


## ORDER

**IT IS SO ORDERED** that the last day for the parties and counsel to conduct the joint site inspection of the premises be continued up to and including August 19, 2010.


Dated: ___August 3___, 2010      _____

Honorable Bernard Zimmerman

United States Magistrate Judge


STIPULATION RE CONTINUING DEADLINE FOR THE PARTIES TO CONDUCT THE JOINT SITE INSPECTION AND [PROPOSED] ORDER THEREON                                                     CV-10-1410-BZ

3