1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:    415/444-5800
4  Facsimile:    415/444-5805

5  Attorneys for Plaintiff
   CRAIG YATES, an individual;
6

7                  UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9  CRAIG YATES, an individual,          )    **CASE NO. CV-10-1410-BZ**
                                         )
10        Plaintiff,                     )    **STIPULATION OF DISMISSAL AND**
                                         )    **[PROPOSED] ORDER THEREON**
11  v.                                   )
                                         )
12  PHO CLEMENT RESTAURANT;              )
    ROBERTO TIM-HUNG LEONG (a.k.a.       )
13  ROBERTO LEON) and MARIA LEE          )
    LEONG (a.k.a. MARIA LEON), As        )
14  Trustees, OF THE ROBERTO TIM-HUNG    )
    LEONG AND MARIA LEE LEONG            )
15  REVOCABLE TRUST DATED MARCH          )
    21, 2000; and QUANG B. TRAN, an      )
16  individual dba PHO CLEMENT           )
    RESTAURANT,                          )
17                                       )
          Defendants.                    )
18  _____  )

19
          The parties, by and through their respective counsel, stipulate to dismissal of this action in
20
    its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the
21
    Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own
22
    costs and attorneys' fees.  The parties further consent to and request that the Court retain
23
    jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S.
24
    375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement
25
    agreements).
26
          Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
27
    their designated counsel that the above-captioned action be and hereby is dismissed with prejudice
28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON     **CV-10-1410-BZ**

-2-

1  pursuant to Federal Rules of Civil Procedure section 41(a)(1).

2          This stipulation may be executed in counterparts, all of which together shall constitute one

3  original document.

4

5  Dated: April 5, 2011              THOMAS E. FRANKOVICH
                                     *A PROFESSIONAL LAW CORPORATION*
6

7                                    By:_____/S/_____
                                            Thomas E. Frankovich
8                                    Attorney for CRAIG YATES, an individual

9

10

11
   Dated: _____, 2011      HEDANI, CHOY, SPALDING & SALVAGIONE,
12                                   LLP

13
                                     By:_____
14                                          Randall P. Choy
                                     Attorney for Defendant's ROBERTO TIM-HUNG
15                                   LEONG (a.k.a. ROBERTO LEON) and MARIA
                                     LEE LEONG (a.k.a. MARIA LEON), As Trustees,
16                                   OF THE ROBERTO TIM-HUNG LEONG AND
                                     MARIA LEE LEONG REVOCABLE TRUST
17                                   DATED MARCH 21, 2000; and QUANG B. TRAN

18

19
                                     **ORDER**
20

21         IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to

22  Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the

23  purpose of enforcing the parties' Settlement Agreement and General Release should such

24  enforcement be necessary.

25
   Dated: _____, 2011
26

27                                   Honorable Magistrate Judge Bernard Zimmerman
                                     UNITED STATE DISTRICT JUDGE
28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON    **CV-10-1410-BZ**

-2-

1   pursuant to Federal Rules of Civil Procedure section 41(a)(1).

2       This stipulation may be executed in counterparts, all of which together shall constitute one

3   original document.

4

5   Dated: _____, 2011            THOMAS E. FRANKOVICH
                                        *A PROFESSIONAL LAW CORPORATION*
6

7                                       By:_____
                                           Thomas E. Frankovich
8                                       Attorney for CRAIG YATES, an individual

9

10

11  Dated: _____4/4_____, 2011          HEDANI, CHOY, SPALDING & SALVAGIONE,
12                                      LLP

13
                                        By:_____
14                                         Randall P. Choy
                                        Attorney for Defendant's ROBERTO TIM-HUNG
15                                      LEONG (a.k.a. ROBERTO LEON) and MARIA
                                        LEE LEONG (a.k.a. MARIA LEON), As Trustees,
16                                      OF THE ROBERTO TIM-HUNG LEONG AND
                                        MARIA LEE LEONG REVOCABLE TRUST
17                                      DATED MARCH 21, 2000; and QUANG B. TRAN

18

19

20                          **ORDER**

21      IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to

22  Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the

23  purpose of enforcing the parties' Settlement Agreement and General Release should such

24  enforcement be necessary.

25

26  Dated: _____, 2011

27                                      _____
                                        Honorable Magistrate Judge Bernard Zimmerman
28                                      UNITED STATE DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON    CV-10-1410-BZ

-2-